UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

T.S., a minor,

Plaintiff,

v.

SWEETLAX LACROSSE CO., et. al.,

Defendants.

Case No. 2:26-cv-05702-SRM (MBKx)

**ORDER CONTINUING ORDER TO SHOW CAUSE**

On September 8, 2026, the Court ordered Plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution (Dkt. No. 13). On September 11, 2026, Plaintiff filed a written response.

Plaintiff requests that the Court discharge the Order to Show Cause and set the date by which Defendant Sweetlax Lacrosse Co. must respond to the Complaint.

The Court, having considered Plaintiff's Response DENIES the request and hereby ORDERS as follows:

1. The date by which the parties much act, listed in the Order to Show Cause re Dismissal for Lack of Prosecution (Dkt. No. 13) is CONTINUED; and

//

//

2. The new date by which the parties must respond, as outlined in Docket 13, is **October 13, 2026**.

**IT IS SO ORDERED.**

Dated: September 24, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE